IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TIMOTHY A. WESTOVER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:11-CV-816-Y |
| | § | |
| MICHAEL J. ASTRUE | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On November 16, 2012, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case. In the findings, the magistrate judge recommended that the Court affirm the decision of the commissioner of the Social Security Administration denying plaintiff Timothy A. Westover's claims for disability-insurance and supplemental-security-income benefits under Titles II and XVI of the Social Security Act. Westover filed his objections to the findings on November 30.

After review, the Court concludes that the findings should be, and are hereby, ADOPTED as the findings and conclusions of this Court for the reasons stated therein. Accordingly, the commissioner's decision is AFFIRMED.

SIGNED December 13, 2012.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE